**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    -against-

JOSE BURGOS,

                            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Crim. 202 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's sentencing is scheduled for October 5, 2021 at 10:30 a.m.

Dated: New York, New York
       June 3, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge