# MATTHEW J. KLUGER
ATTORNEY AT LAW



888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

June 25, 2021

BY ECF
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:
/s/ George B Daniels
George B. Daniels, U.S.D.J.
Dated: JUN 2 0 2021

    Re:   **United States v. Jose Burgos**
            **19 Cr. 202 (GBD)**

Dear Judge Daniels:

    I am the attorney assigned to represent Mr. Burgos pursuant to the Criminal Justice Act. Sentencing in this matter is scheduled for October 5, 2021 at 10:30 a.m. I write now seeking a temporary modification of Mr. Burgos' bail conditions.

    Bail in this matter was set by your Honor on March 21, 2019. As a condition of his bail, Mr. Burgos's travel is restricted to the Southern and Eastern Districts of New York.[1] Mr. Burgos seeks a temporary modification of his bail conditions to allow him to travel to Florida from July 9, 2021 to July 12, 2021 to celebrate his parent's 50th wedding anniversary. Mr. Burgos will be staying at his parent's home in Orlando, Florida.[2]

    AUSA Stan Okula and Pretrial Officer Andrew Abbott consent to this request.

    Thank you.

                                         Respectfully,
                                         /s/ *Matthew J. Kluger*
                                         Matthew J. Kluger

cc:    AUSA Stan Okula
        PSO Andrew Abbott

---

[1] Bail conditions were later modified to permit travel to the Districts of New Jersey and Connecticut for work.
[2] Upon the Court's approval, flight and address information will be provided to Pretrial Services.