**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

       -against-

JOSE BURGOS,

                              Defendant.

------------------------------------x

ORDER

19 Crim. 202 (GBD)

GEORGE B. DANIELS, United States District Judge:

The sentencing is adjourned from October 5, 2021 to December 7, 2021 at 10:00am.

Dated: New York, New York
       October 4, 2021

SO ORDERED.

*George B. Daniels* (signature)

GEORGE B. DANIELS
United States District Judge