# MATTHEW J. KLUGER
ATTORNEY AT LAW

---

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

November 29, 2021

BY ECF
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED:**
/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: NOV 30 2021

Re: **United States v. Jose Burgos**
**19 Cr. 202 (GBD)**

Dear Judge Daniels:

Sentencing in this matter is scheduled for December 7, 2021 at 10:00 a.m. Despite several adjournments, the Government has informed the defense that they will be prepared to go forward with sentencing on the 7th as scheduled. The Court's individual rules of practice require that the defense file its submission eight days in advance of sentencing, which would be today. Accordingly, I write now, with the consent of AUSA Stan Okula, to respectfully request that the Court allow the defense to file its sentencing submission, which will be brief, on or before Friday, December 3, 2021.

Thank you.

Respectfully,
/s/ *Matthew J. Kluger*
Matthew J. Kluger

cc: AUSA Stan Okula