# MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

December 26, 2021

BY ECF
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Jose Burgos**
              **19 Cr. 202 (GBD)**

Dear Judge Daniels:

      Bail in this matter was set on March 21, 2019. As a condition of his release, Mr. Burgos was required to surrender his passport to Pretrial Services. On December 7, 2021, your Honor sentenced Mr. Burgos principally to time served, restitution, and two-years of supervised release.

      Accordingly, now that Mr. Burgos has been sentenced, the defense respectfully requests that the Court order Pretrial Services to return Mr. Burgos' passport to him forthwith.

      AUSA Stanley Okula has no objection to this request.

      Thank you.

Respectfully,
/s/ *Matthew J. Kluger*
Matthew J. Kluger

**SO ORDERED**

Dated: New York, NY
JAN 0 3 2022, 20 22

*[signature]*
HON. GEORGE B. DANIELS, USDJ

cc: AUSA Stan J. Okula