**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

          -against-

JOSE BURGOS,

                               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

:
:
:
:
:
:

ORDER

19 Crim. 202 (GBD)

GEORGE B. DANIELS, United States District Judge:

      The Clerk of Court is directed to close the letter motion at ECF No. 25.

Dated: New York, New York
       February 16, 2022

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge